# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

## INITIAL APPEARANCE CALENDAR   2  2007  ★

LONG ISLAND OFFICE

1) Magistrate Case Number: __07-m-562__

2) Defendant's Name: __Mitchell__ __Haywood__ _____
   (Last)            (First)              (M.I.)

3) Age: _____

4) Title: __21__                Section(s): __846 and 841(a)(i) 18. U.S.C. 924(c)__

                                Needs: _____ Interpreter

5) Citizen of: _____

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)    Consular notification

7) Removal Proceeding: ___Yes __✓__No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__Yes ___No  Date/Time: __5/22/07__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ___ POD Entered: __✓__

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓_____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __John Durham__

14) DEFENSE COUNSEL'S NAME: __John Wallenstein__
    Address: _____
    Bar Code: _____ CJA: __✓__ PDA: ___ RET: ___
    Telephone Number: (___) _____

15) ESR Tape #: __/__ ( __4.44 – 4.48__ )

16) Complaint/Affidavit/Indictment unsealed: ___Yes ___No
    SO ORDERED ON THIS _____ DAY OF _____, 20__

    _____
    UNITED STATES MAGISTRATE JUDGE

17) Other Comments/Rulings: _____