AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA

V.

HAYWOOD MITCHELL
also known as "Beano" and "Queen B,"

**WARRANT FOR ARREST**

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HAYWOOD MITCHELL, also known as "Beano" and "Queen B"___

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

conspiracy to distribute and possess with intent to distribute crack cocaine.

in violation of Title _21_   United States Code, Section(s) _846, 841(a)(1)_

The Honorable E. Thomas Boyle

Name of Issuing Officer

/s/ E. Thomas Boyle, mj

Signature of Issuing Officer

United States Magistrate Judge

Title of Issuing Officer

5/19/07   OLD FIELD, NY

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

56 Spruce, Wyandanch, NY

| DATE RECEIVED 5/22/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/22/07 | Special Agent Tony Garifo | |